**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Carpenters and Joiners Welfare Fund; Twin City Carpenters Pension Fund; Twin City Carpenters Apprenticeship Fund; etal,

Plaintiffs,

vs.

CV 01-2145 RHK/JMM

**ORDER OF DISMISSAL**

Grand Development Inc., Francis Onwualu,

Defendants.

---

Based on this Court's previous order and having received no response from counsel,

**IT IS ORDERED** that this case be dismissed for lack of prosecution.

LET JUDGMENT BE ENTERED.

Dated: May 9, 2002

**RICHARD H. KYLE**, Judge
United States District Court

FILED MAY 09 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAY 09 2002
DEPUTY CLERK